IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAMERON D. REED : CIVIL ACTION
:
v. :
:
IRWIN MAUTNER, et al. : NO. 15-5817

**ORDER**

AND NOW, this 28 day of October, 2015, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

EDUARDO C. ROBRENO, J.

ENTERED
OCT 29 2015
CLERK OF COURT